**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7213**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

RICHARD A. SANTIAGO, a/k/a Rick,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (3:06-cr-00515-HEH-1)

Submitted:  November 20, 2012   Decided:  November 27, 2012

Before TRAXLER, Chief Judge, and  SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard A. Santiago, Appellant Pro Se.   Angela Mastandrea-Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard A. Santiago appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Santiago, No. 3:06-cr-00515-HEH-1 (E.D. Va. July 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED